IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                         CRIMINAL NO. 1:06CR10004-01

STEVEN BRIAN STEWART                                                  DEFENDANT

## ORDER

On this 19th day of July, 2006, upon consideration of the defendant's motion for a psychiatric examination to determine the defendant's mental competency to stand trial and for a determination of the existence of insanity at the time of the offense on October 24, 2005, the Court finds that said motion should be and hereby is **granted**.

The Court orders that a psychiatric or psychological examination of Steven Brian Stewart be conducted pursuant to 18 U.S.C. §4247(b) and (c). Said examination shall occur no later than forty-five (45) days from the time the defendant is transported to the appropriate federal facility. Therefore, it is ordered that the defendant shall be committed to the custody of the Attorney General for placement in a suitable facility for psychiatric or psychological examination pursuant to the term and conditions of 18 U.S.C. §4247 for a determination of mental competency to stand trial and for a determination of the existence of insanity at the time of the offense.

It is hereby ordered that the United States Marshall Service transport the defendant to the appropriate federal facility as soon as practicable for the psychiatric or psychological examination of the defendant. Upon completion of the examination, a copy of the written report

should be provided to the Court, the Assistant United States Attorney and to the defendant's counsel. The United States Marshall Service shall return the defendant to the El Dorado Division upon the completion of the examination.

Further, it is ordered that the report of the examination be placed under seal.

The trial of this matter is currently scheduled to commence on August 14, 2006. It is hereby continued in light of the above ordered examination of the defendant. The trial will be rescheduled upon completion of the examination and a determination of the defendant's mental competency to stand trial. The delay in the proceedings against the defendant occasioned by reason of the examination conducted herein should be considered time excludable from the limits set out by the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(A).

IT IS SO ORDERED.

    /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge